

```
GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
```

**Entered on Docket**
**April 12, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The Relief Sought in the following order is DENIED.**
**Signed: April 12, 2021**

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

\*\*\* <u>See</u> below for reason

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | | |
|---|---|---|
| In re: | ) | Bk. No. 20-10641 |
| KIMBERLY BOLES-CRAVEA | ) | Chapter 7 |
| Debtors. | ) | **ORDER ON *EX PARTE* MOTION TO TEMPORARILY SET ASIDE ORDER DISCHARGING DEBTOR AND FINAL DECREE** |

Debtor filed an *Ex Parte* Motion to Temporarily Set Aside Order Discharging Debtor and Final Decree on April 7, 2021. Debtor seeks to temporarily set aside the Order Discharging Debtor and Final Decree to reaffirm her debt with Creditor Ford Motor Credit Company.

IT IS ORDERED THAT:

1. The Order Discharging Debtor and Final Decree be temporarily set aside for the purpose of reaffirming her debt with Ford Motor Credit Company.

2. Debtor's Discharge Injunction will be restored following completion of her reaffirmation motion.

**\*\*\*END OF ORDER\*\*\***

```
*** Debtor has cited no legal authority in support of the requested relief.
Debtor also fails to explain how the relief is not precluded by 11 U.S.C.
727(d), 524(c) and (d) and FRBP 4008(a).
```

1
ORDER

COURT SERVICE LIST

*NONE